# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

USA                                                           PLAINTIFF(S)

VS.                              Case No. 4:15CV00679 SWW

$32,600 IN US CURRENCY, ET AL                      DEFENDANT(S)

### <u>ORDER</u>

The Clerk is directed to  reassign  the above styled case, currently assigned to the docket of

Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 24th day of November 2015.


                                    AT THE DIRECTION OF THE COURT
                                    JAMES W. McCORMACK, CLERK

                                    BY:   /s/ Cecilia Norwood
                                          Courtroom Deputy to
                                          U.S. District Judge Susan Webber Wright