UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   CASE NO. 4:15CV00679 JM | |
| $32,600.00 IN U.S. CURRENCY;<br>$1,400.00 IN U.S. CURRENCY;<br>$1,057.00 IN U.S. CURRENCY;<br>$210.00 IN U.S. CURRENCY; and<br>A 2014 INFINITI QX80, VIN JN8AZ2NE7E9068894 | DEFENDANTS |
| TRAVORIS MONTEZ AKINS and<br>POWER BAR AND GRILL, LLC | CLAIMANTS |

## ORDER OF FORFEITURE

Pending before the Court is the United States of America's unopposed motion for an order of forfeiture (Dkt. 13). The Court has considered the motion and finds that it has merit. The motion is, therefore, GRANTED.

The Court now orders as follows:

1. Onebanc Official Check No. 38801 in the amount $10,000.00 is ordered to be substituted as a defendant in place of the Infiniti QX80, VIN JN8AZ2NE7E9068894. The Infiniti QX80 is dismissed from this action.

2. The following properties are ordered forfeited to the United States:

    A. $32,600.00 in U.S. currency;

    B. $1,400.00 in U.S. currency;

    C. $1,057.00 in U.S. currency;

    D. $210.00 in U.S. currency; and

    E. Onebanc Official Check No. 38801 in the amount of $10,000.00.

3. Each party will bear its own fees and costs.

4. The Court shall retain jurisdiction for purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED this 23rd day of August 2018.

_____
James M. Moody Jr.
United States District Judge